IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIFFANY INO, | No. C 14-0292 CW |
| Plaintiff, | ORDER DENYING AS MOOT MOTION TO DISMISS (Docket No. 8) |
| v. | |
| THE GAP, INC., et al., | |
| Defendants. | |

On February 19, 2014, Defendant, The Gap, Inc., moved to dismiss Plaintiff Tiffany Ino's complaint. Two weeks later, on March 5, 2014, Plaintiff filed an amended complaint pursuant to Federal Rule of Civil Procedure 15(a). Plaintiff also filed a statement of non-opposition to Defendant's motion.

Because Plaintiff has timely filed an amended complaint, her original complaint is no longer operative. Defendant's motion to dismiss the original complaint (Docket No. 8) is therefore DENIED as moot. By March 19, 2014, Defendant must file its answer to Plaintiff's amended complaint or file a motion to dismiss.

In the future, the parties shall submit all electronically filed documents in a text-searchable format, as required by Civil Local Rule 5-1(e)(2).

IT IS SO ORDERED.

Dated: 3/17/2014

CLAUDIA WILKEN
United States District Judge