UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TIFFANY INO,

        Plaintiff,

   v.

THE GAP, INC.,

        Defendant.

Case No. 14-cv-00292-VC

ORDER SETTING CASE MANAGEMENT CONFERENCE

In their joint case management statement filed on May 9, 2014, the parties disagree about whether discovery should proceed while the motion to dismiss is pending. The Court finds that discovery should proceed. In addition, a case management conference is scheduled for June 26, 2014 at 1:30 pm. The parties should file an updated joint case management statement, seven days prior to the conference, along with a proposed scheduling order that includes a trial date.

**IT IS SO ORDERED.**

Dated: May 19, 2014

_____
VINCE CHHABRIA
United States District Judge