1  JESSICA R. PERRY (STATE BAR NO. 209321)
   JULIA COLLINS RIECHERT (STATE BAR NO. 254078)
2  ALLISON RIECHERT GIESE (STATE BAR NO. 267533)
   ORRICK, HERRINGTON & SUTCLIFFE LLP
3  1000 Marsh Road
   Menlo Park, California  94025
4  Telephone:    650-614-7400
   Facsimile:     650-614-7401
5  lchermle@orrick.com
   agiese@orrick.com
6
   Attorneys for Defendant
7  The Gap, Inc.

8  KEVIN SHENKMAN (STATE BAR NO. 223315)
   MARY RUTH HUGHES (STATE BAR NO. 222662)
9  SHENKMAN & HUGHES
   28905 Wight Road
10 Malibu, CA  90265
   Telephone:    310-457-0970
11 kshenkman@shenkmanhughes.com
   mrhughes@shenkmanhughes.com
12
   Attorneys for Plaintiff
13 Tiffany Ino

14                        UNITED STATES DISTRICT COURT

15                      NORTHERN DISTRICT OF CALIFORNIA

16

17 TIFFANY INO, individually, and on behalf of        Case No. 3:14-cv-00292 VC
   other members of the general public similarly
18 situated;                                          **JOINT STIPULATION AND
                                                       [PROPOSED] ORDER TO CONTINUE
19              Plaintiff,                              THE HEARING FOR DEFENDANT'S
                                                       MOTION TO DISMISS PLAINTIFF'S
20      v.                                             FIRST AMENDED COMPLAINT**
                                                       AS MODIFIED
21 THE GAP, INC., a Delaware corporation; and
   DOES 1 through 10, inclusive
22
                Defendants.
23

24

25

26

27

28
OHSUSA:757983652.1

JOINT STIPULATION AND [PROPOSED] ORDER TO
CONTINUE THE HEARING FOR DEFENDANT'S
MOTION TO DISMISS PLAINTIFF'S FIRST
AMENDED COMPLAINT
3:14-cv-00292 VC

## STIPULATION

WHEREAS, Defendant filed and served a Motion to Dismiss Plaintiff's First Amended Complaint, or to Stay Proceedings, Motion for a More Definite Statement, and Motion to Strike ("Motion to Dismiss the FAC") on March 24, 2014 and set the hearing for May 29, 2014 at 2:00 p.m.  At the time, the matter was assigned to the Honorable Claudia Wilken.

WHEREAS, on April 17, 2014, the Court reassigned this case to the Honorable Vince Chhabria and directed Defendant to re-notice its pending Motion to Dismiss the FAC.

WHEREAS, Defendant attempted to meet and confer with Plaintiff by email and telephone regarding a new hearing date, but the parties did not connect.  Defendant thus re-noticed the hearing for the first date it was available, June 26, 2014 at 1:30 p.m.  Plaintiff's counsel subsequently informed Defendant's counsel that he will be out of the country on June 26, 2014.

WHEREAS, now having met and conferred about available dates, the parties request that the Court continue Defendant's Motion to Dismiss the FAC to July 17, 2014 at 1:30 p.m.

Dated: May 20, 2014

JESSICA R. PERRY
JULIA COLLINS RIECHERT
ALLISON RIECHERT GIESE
Orrick, Herrington & Sutcliffe LLP


By: _____/s/ Jessica R. Perry_____
JESSICA R. PERRY
Attorneys for Defendant
The Gap, Inc.

Dated:  May 19, 2014

KEVIN SHENKMAN
MARY RUTH HUGHES
Shenkman & Hughes


By: _____/s/Kevin Shenkman_____
KEVIN SHENKMAN
Attorneys for Plaintiff
Tiffany Ino

OHSUSA:757983652.1

1

JOINT STIPULATION AND [PROPOSED] ORDER TO
CONTINUE THE HEARING FOR DEFENDANT'S
MOTION TO DISMISS PLAINTIFF'S FIRST
AMENDED COMPLAINT
3:14-cv-00292 VC

1

2

**[PROSED]** **ORDER** AS MODIFIED

     IT IS HEREBY ORDERED that the hearing for Defendant's Motion to Dismiss Plaintiff's

3

First Amended Complaint is moved to July 24, 2014 at 1:30 p.m. The case management

4

conference is set for the same date and time.

Dated: May 23, 2014

5

                              Vince Chhabria

6

                              United States District Court Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

       - 2 -

JOINT STIPULATION AND [PROPOSED] ORDER TO
CONTINUE THE HEARING FOR DEFENDANT'S
MOTION TO DISMISS PLAINTIFF'S FIRST
AMENDED COMPLAINT
3:14-cv-00292 VC