1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIFFANY INO, individually, and on behalf of other members of the general public similarly situated;<br><br>           Plaintiff,<br><br>    v.<br><br>THE GAP, INC., a Delaware corporation; and DOES 1 through 10, inclusive<br><br>           Defendants. | Case No. CV14-00292 VC<br><br>[PROPOSED] **ORDER GRANTING DEFENDANT THE GAP, INC.'S MOTION FOR ADMINISTRATIVE RELIEF RE: EXTENDING DEADLINE ON MOTION FOR SUMMARY JUDGMENT** AS MODIFIED<br><br>Courtroom:  4<br>Judge:       Hon. Vincent Chhabria |

OHSUSA:758798015.1

[PROPOSED] ORDER GRANTING DEFENDANT THE GAP, INC.'S MOTION FOR ADMINISTRATIVE RELIEF RE: EXTENDING DEADLINE ON MOTION FOR SUMMARY JUDGMENT
CV14-00292 VC

1   The Court, having considered all documents filed in support of and in opposition to
2   Defendant The Gap, Inc.'s Motion for Administrative Relief Re: Extending Deadline on Motion
3   for Summary Judgment, and good cause appearing therefore, HEREBY ORDERS THAT:
4   Defendant's Administrative Motion is GRANTED.  The briefing schedule and hearing
5   date for Defendant's Motion for Summary Judgment are as follows:

- September 29, 2014: Defendant to file Motion for Summary Judgment
- October 13, 2014: Plaintiff's Opposition due
- October 20, 2014: Defendant's Reply due
- October 30, 2014 at ~~1:30 p.m.~~ 10:00 a.m.: Hearing on the Motion

IT IS SO ORDERED.

Dated: August 12, 2014

Vincent Chhabria
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED AS MODIFIED
Judge Vince Chhabria

OHSUSA:758798015.1

1

[PROPOSED] ORDER GRANTING DEFENDANT THE GAP, INC.'S MOTION FOR ADMINISTRATIVE RELIEF RE: EXTENDING DEADLINE ON MOTION FOR SUMMARY JUDGMENT
CV14-00292 VC