1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIFFANY INO, individually, and on behalf of other members of the general public similarly situated;<br><br>Plaintiff,<br><br>v.<br><br>THE GAP, INC., a Delaware corporation; and DOES 1 through 10, inclusive<br><br>Defendants. | Case No. CV14-00292 VC<br><br>[PROPOSED] ORDER ~~GRANTING~~ DENYING DEFENDANT THE GAP, INC.'S MOTION TO SHORTEN TIME ON ITS MOTION FOR JUDGMENT ON THE PLEADINGS<br><br>Courtroom: 4<br>Judge: Hon. Vincent Chhabria |

OHSUSA:758816943.1

[PROPOSED] ORDER GRANTING DEFENDANT THE
GAP, INC.'S MOTION TO SHORTEN TIME ON ITS
MOTION FOR JUDGMENT ON THE PLEADINGS
CV14-00292 VC

1  The Court, having considered all documents filed in support of and in opposition to
2  Defendant The Gap, Inc.'s Motion to Shorten Time on its Motion for Judgment on the Pleadings,
3  and good cause appearing therefore, HEREBY ORDERS THAT:
4  Defendant's Motion is GRANTED.
5  The Court sets the following briefing schedule for Defendant's Motion for Judgment on
6  the Pleadings:
7  - August 8: Defendant to file motion for judgment on the pleadings
8  - August 18: Plaintiff's opposition due
9  - August 22: Defendant's reply due
10 - August 28, 10:00 a.m.: Hearing
11 IT IS SO ORDERED.
12 Dated: August 12, 2014

_____
Vincent
UNITED

**DENIED**
Judge Vince Chhabria
(United States District Court, Northern District of California seal)

OHSUSA:758816943.1

1

[PROPOSED] ORDER GRANTING DEFENDANT THE GAP, INC.'S MOTION TO SHORTEN TIME ON ITS MOTION FOR JUDGMENT ON THE PLEADINGS
CV14-00292 VC