UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIFFANY INO,<br>    Plaintiff,<br>v.<br>THE GAP, INC.,<br>    Defendant. | Case No. 14-cv-00292-VC<br><br>**ORDER OF DISMISSAL**<br>Re: Dkt. Nos. 43, 44 |

Ino's motion to voluntarily dismiss the complaint without prejudice is granted. The Gap will not suffer prejudice from this dismissal because it will not lose its statute of limitations defense. Although there is no reason to believe Ino will file her lawsuit again, if she does so, whether in this court or in any other, The Gap will be able to raise the defense that that time. The Court also declines The Gap's request to award attorneys' fees, because the amount of litigation involved prior to dismissal was, relatively speaking, minimal. The Gap's motion for judgment on the pleadings is denied as moot.

**IT IS SO ORDERED**.

Dated: September 25, 2014

_____
VINCE CHHABRIA
United States District Judge